# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Bankruptcy No. 09-30708 |
| SHAYLE FRANZWA<br>MICHAEL FRANZWA, | |
| Debtor(s). | |
| HABBO G. FOKKENA, UNITED STATES TRUSTEE, | |
| Plaintiff, | Adversary No. 10-3152 |
| v. | JUDGMENT |
| SHAYLE FRANZWA, | |
| Defendant. | |

This proceeding came before the Court, and a decision or Order for Judgment was duly rendered, the Honorable Dennis D. O'Brien, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:**

That the discharge of Shayle Franzwa is **DENIED**.

Dated: August 25, 2010

Lori A. Vosejpka
Clerk of Bankruptcy Court

By  /e/ Doretta Raymond
Doretta Raymond, Judicial Assistant

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk